```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 14916
    SHEILA M DEWBERRY
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0925


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/10/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 09/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG        .00            .00            .00
AMERICAS SERVICING COMPA  SECURED NOT I        .00            .00            .00
AAA FINANCIAL             UNSECURED       NOT FILED           .00            .00
ADVANCE AMERICA           UNSECURED       NOT FILED           .00            .00
ASPIRE                    UNSECURED       NOT FILED           .00            .00
ASPIRE                    UNSECURED       NOT FILED           .00            .00
BALLYS TOTAL FITNESS      UNSECURED       NOT FILED           .00            .00
BANK OF AMERICA           UNSECURED       NOT FILED           .00            .00
BARCLAYS BANK DELAWARE    UNSECURED       NOT FILED           .00            .00
BARCLAYS BANK DELAWARE    UNSECURED       NOT FILED           .00            .00
THE BUREAUS INC           UNSECURED          981.06           .00            .00
CITIFINANCIAL             UNSECURED       NOT FILED           .00            .00
CITIFINANCIAL RETAIL SER  UNSECURED       NOT FILED           .00            .00
CORTRUST BANK             NOTICE ONLY     NOT FILED           .00            .00
HFC                       UNSECURED       NOT FILED           .00            .00
HOUSEHOLD FINANCE         UNSECURED       NOT FILED           .00            .00
HOUSEHOLD FINANCE         UNSECURED       NOT FILED           .00            .00
HSBC/BEST BUY             UNSECURED       NOT FILED           .00            .00
HSBC NV                   UNSECURED       NOT FILED           .00            .00
HSBC NV                   UNSECURED       NOT FILED           .00            .00
LVNV FUNDING              UNSECURED          609.31           .00            .00
MACYS/FDSB                UNSECURED       NOT FILED           .00            .00
MONITRONICS INTERNATIONA  UNSECURED       NOT FILED           .00            .00
NATIONAL CITY BANK        UNSECURED       NOT FILED           .00            .00
B-REAL LLC                UNSECURED         6050.09           .00            .00
NICOR GAS                 UNSECURED       NOT FILED           .00            .00
QUICK CLICK LOANS         UNSECURED       NOT FILED           .00            .00
HSBC BANK DAVIDS BRIDAL   UNSECURED       NOT FILED           .00            .00
WACHOVIA BANK             UNSECURED       NOT FILED           .00            .00
BMW BANK OF NORTH AMERIC  NOTICE ONLY     NOT FILED           .00            .00
US BANK                   NOTICE ONLY     NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED             .00           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED             .00           .00            .00
ROUNDUP FUNDING LLC       UNSECURED         1115.15           .00            .00
*HOLT WOODS & EVANS LTD   DEBTOR ATTY          .00                           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 14916 SHEILA M DEWBERRY
```

```
TOM VAUGHN                 TRUSTEE                                       .00
DEBTOR REFUND              REFUND                                     361.00

        Summary of Receipts and Disbursements:
  ------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
  ------------------------------------------------------------------------
TRUSTEE                      361.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                         361.00
                           ---------------       ---------------
TOTALS                       361.00                   361.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 12/29/08                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```